429 A.2d 757

Provident Credit Corp. v. Johnson, Appellant.

Appeal of Bernice Johnson.

Argued September 9, 1980. Irv Ackelsberg, for appellant; Martin N. Ghen, for appellee.

* Judge Vincent A. Cirillo, of the Court of Common Pleas of Montgomery County, Pennsylvania, is sitting by designation.

Before BROSKY, WATKINS and MONTGOMERY, JJ.

Order affirmed on the opinion of the lower court.